Case: 1:26-mj-00199
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/3/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF FACTS

*Prince George's County Police Bank Robbery 26-0054081*

1. On Saturday, October 10, 2026, at approximately 11:21 AM, members of the Prince Goerge's County Police Department ("PGCPD") in Prince George's County, Maryland responded to a Chase Bank located at [redacted], in reference to a robbery. Responding PGCPD members met with Witness EC and learned that an unknown Suspect attempted to rob the bank. Witness EC reported that at approximately 10:59 AM, IT was working as a teller when the Suspect entered the bank. The Suspect approached Witness EC's teller window and produced an envelope that contained a note. The note stated, "HAND OVER $25,000 FROM THE DRAWER NOW !!! ALONG WITH THIS REQUEST AND GIVE IT TO ME OR ELSE !! 5 SECONDS." Witness EC did not comply, but walked away from the window and activated a silent alarm. The Suspect fled from the bank without obtaining any business funds, and entered a red "truck" displaying an unknown registration tag. The note was retained by Witness EC and later seized as evidence by PGCPD.



*Figure 1: Suspect of the attempted bank robbery of the [redacted], Maryland*

*District of Columbia Bank Robbery 26-145-196*

2. On Saturday, October 10, 2026, at approximately 11:53 AM, the District of Columbia's Office of Unified Communications ("OUC") received an emergency call to the [redacted] in relation to a robbery. Uniformed members of the Metropolitan Police Department ("MPD") responded to the location. Responding officers arrived on scene, spoke with multiple witnesses, and learned that an unknown Suspect entered the bank and handed a bank teller a note demanding money. The teller complied with the demand and handed the Suspect $1,895 of United States ("US") currency. Witnesses reported seeing the Suspect exit the bank and flee in a maroon colored Chevrolet "truck," displaying District of Columbia ("DC") [redacted]. Members of the Sixth District Detectives Unit, including Detective Ren Burke, Detective Kevin Ficht, and Detective Sergeant Joseph Masci responded to help further the investigation.

*Witness Interviews*

3. Detective Burke spoke to Witness YV, a bank teller at the location. Witness YV reported that IT and IT's coworkers were preparing to close the bank for the day and that IT had just dropped off a large sum of money in the bank vault. Witness YV observed the Suspect standing in line waiting and waved him over. The Suspect approached the teller's desk and handed Witness YV a white envelope. Witness YV opened the envelope and read the letter inside. The letter was a typed letter reading, "HAND OVER $25,000 FROM THE DRAWER NOW !!! ALONG WITH THIS REQUEST AND GIVE IT TO ME OR ELSE !! 5 SECONDS."




*Figure 2: Note handed to Witness YV*

4. Witness YV loudly told the Suspect "I don't have that much," in an attempt to gain the attention of IT's coworkers. The Suspect responded by telling Witness YV to hurry up and motioning towards the right side of his waistband. Witness YV then removed the remaining cash from the cash drawer, placed it in the envelope, and handed it to the Suspect. The Suspect then left the bank. Witness YV motioned to Witness FB, the bank's security guard, to take a photograph of the vehicle in which the Suspect fled.

5. Witness YV reported that the Suspect left with $1,895 in US currency, including: $1,280 in twenty-dollar bills; $330 in ten-dollar bills; $250 in five-dollar bills; and, $35 in one-dollar bills. Witness YV described the Suspect to be a black male in his thirties, approximately

6'1" - 6'3" in height and of heavy build, with black hair. He was wearing glasses and a black ski mask covering the bottom half of his face.

6. Detective Ficht spoke with Witness FB, who was seated near the front entrance of the bank at the time of the offense. Witness FB reported that IT observed the Suspect walk up to the teller window where Witness YV was working and state that he was "here to cash a check."

7. A few moments later, Witness FB observed the Suspect exit the bank and enter the front passenger seat of a red vehicle parked in the second handicapped spot in front of the bank. Witness FB stated IT did not get a clear view of who was driving the vehicle, but saw that the driver had white sleeves. Witness FB was able to take a picture of the vehicle, which was displaying DC registration JK0617.

[redacted]

*Figure 3: Portion of the image captured by Witness FB*

8. Detective Ficht also spoke with Witness MC, who was a customer attempting to make a deposit at the bank during the offense. Witness MC explained IT did not observe the interaction between the Suspect and Witness YV at the teller window.

9. Detective Ficht then spoke with Witness JJ, who is also an employee at the bank and was working in the teller window next to Witness YV. Witness JJ explained IT observed the Suspect walk up to Witness YV and hand Witness YV a note. Witness JJ stated once the note was open, IT noticed the print and knew that the Suspect was attempting to rob the

establishment. Witness JJ then pressed a silent alarm behind the counter. Witness JJ heard the Suspect tell Witness YV to "hurry up" and also hand Witness YV a white letter envelope during the offense.

10. Witness JJ described the Suspect as a black male, approximately twenty-five years old or younger, with an afro style haircut, wearing a dark colored hooded sweatshirt with writing on it and a black facemask. The Suspect was described to be tall, skinny, of medium complexion, and had his hands in his pockets.

11. After speaking with Witness JJ, Detective Ficht spoke with Witness CT, who is also an employee at the bank. Witness CT reported that IT was in the back of the bank counting money and did not observe the offense.

12. Detective Burke interviewed Witness PR, who reported that IT was helping a customer when IT saw the Suspect approach Witness YV's teller window. Witness PR recalled thinking that it was a "red flag" that the Suspect was wearing a mask, but Witness PR was busy helping IT's customer. After the Suspect left, Witness YV told Witness PR that they had just been robbed. Witness PR then told Witness JJ to press the bank's lock down button.

*Forensic Processing*

13. A forensic scientist employed by the DC Department of Forensic Sciences ("DFS") responded to process the crime scene for evidence. The Suspect's letter was recovered as evidence. Wet/dry swabs were recovered from the counter touched by the Suspect, and a partial palm print was recovered from the door touched by the Suspect while exiting the bank. An elimination swab was recovered from Witness YV.

*Video Footage*

14. Footage was obtained from both government and privately operated surveillance systems in the vicinity of the Capital One Bank robbery in Washington, DC. At approximately 11:50 AM, CCTV footage shows the Suspect's vehicle—a red/maroon sports utility vehicle ("SUV")—parking in front of Capital One Bank. Footage then shows the Suspect exit the front passenger seat of the vehicle and enter the bank at approximately 11:51 AM.



*Figure 4: Suspect vehicle parking in front of the Capital One Bank (left); Suspect exiting the front passenger seat (right)*

15. The Suspect is seen waiting in line briefly before approaching Witness YV at the teller's desk.



*Figure 5: The Suspect after entering the Capital One Bank*

16. The Suspect is seen handing Witness YV a white envelope. Witness YV reads the letter and places cash from a cash drawer in the envelope and hands it back to The Suspect.



*Figure 6: Witness YV reading the letter produced by the Suspect, with a closer image of the Suspect looking at Witness YV (red square)*

17. While the Suspect is inside of the bank, the driver of the red/maroon SUV ("Witness LH") exits the vehicle and stands outside of it for a moment.

[redacted]

*Figure 7: Witness LH after stepping out of the suspect vehicle*

18. The Suspect is seen exiting the bank at approximately 11:53 AM and reenters the front passenger seat of the red/maroon SUV.

[redacted]

*Figure 8: Suspect re-entering the suspect vehicle*

*Recovery of Suspect Vehicle*

19. During the course of investigation at the bank, MPD members determined the address the red/maroon SUV was registered to and responded to that address. The red/maroon SUV—a 2010 Chevrolet Equinox—was found parked in the Unit block of Galveston Street

Southwest in Washington, DC. Witness LH—the registered owner of the Chevrolet—was standing nearby and identified ITself as the owner of the vehicle. Witness LH explained that IT is the only one that drives the Chevrolet, and that only IT was driving the Chevrolet on October 10, 2026.

20. Through the use of automated license plate readers ("ALPR"), PGCPD Detectives learned that Witness LH's vehicle was in the vicinity of Livingston Road and Livingston Terrace in Oxon Hill, Maryland at approximately 11:06 AM, as well as the area of Wheeler Road and Iverson Place in Oxon Hill, Maryland at approximately 11:12 AM. Both of these instances are after the Suspect fled from the Chase Bank located at 6135 Oxon Hill Road in Oxon Hill, Maryland.

*Continued Investigation*

21. MPD and PGCPD Detectives by that point believed that the Suspect that attempted to rob the Chase Bank located at [redacted] and successfully robbed the Capital One Bank located at [redacted] was the same individual.

22. Witness LH explained that IT was at a store in Eastover, Maryland, when IT was approached by the Suspect, who asked Witness LH to give him a ride in exchange for $25.00. Witness LH clarified that IT gives rides to people in exchange for money, but not through any established ride share service application.

23. Witness LH agreed to the offer and was asked by the Suspect to drive to multiple banks including to the [redacted], and to the [redacted]. Witness LH stated that after taking the Suspect to Chase Bank, IT drove him to an identified apartment building in Suitland, Maryland. Witness LH observed the Suspect enter the apartment building,

where the Suspect remained for several minutes. Once the Suspect exited the building, Witness LH drove him to the Capital One Bank in DC. The Suspect told Witness LH that he needed to cash a check. The Suspect went into the Capital One Bank and returned moments later. Witness LH reported that afterward, IT had dropped the Suspect off in the 400 block of Condon Terrace Southeast in Washington, DC. Witness LH last saw the Suspect walking east in the 400 block of Condon Terrace Southeast.

24. Your Affiant was able to obtain surveillance footage depicting Witness LH and the Suspect driving east on Alabama Avenue Southeast in DC immediately after the Capital One Bank robbery in Witness LH's Chevrolet. The Chevrolet was then seen driving west in the 1800 block of Mississippi Avenue Southeast, with the Suspect still seated in the front passenger seat at approximately 12:06 PM.



*Figure 9: The Suspect, seated in the front passenger seat of Witness LH's Chevrolet*

25. The Chevrolet continued west on Mississippi Avenue Southeast until it reached 4th Street Southeast. At 4th Street Southeast, the vehicle turned south. The vehicle continued south until Condon Terrace Southeast, where it turned northeast and entered the 400 block of Condon Terrace Southeast at approximately 12:12 PM. The Chevrolet was then observed stopping in/near the 500 block of Condon Terrace Southeast at approximately 12:13 PM. The vehicle drives away

at approximately 12:15 PM, and the front passenger seat is seen empty on CCTV. The ultimate destination of the Suspect is not yet known.



*Figure 10: The Suspect no longer in the front passenger seat of Witness LH's Chevrolet*

26. During the interview with Witness LH, PGCPD Detectives additionally determined that Witness LH had driven the Suspect to a Truist Bank located at 41 Audrey Lane in Oxon Hill, Maryland on October 10, 2026 at approximately 10:47 AM. PGCPD Detectives determined that the Suspect entered the Truist Bank but did not make any contact with any employees. Detectives retrieved video surveillance images from the Truist Bank , which depicted the same Suspect as the one responsible for the aforementioned offenses.



*Figure 11: The Suspect at the* [redacted]

27. Witness LH explained that IT does not know the Suspect's name or phone number and that they did not speak to each other while Witness LH was driving him around. Witness LH described the Suspect to be a black male of light complexion, medium build, with black afro, approximately in his forties, wearing a gray corduroy jacket and jeans.

*Suspect Identification*

28. PGCPD Detectives distributed images of the Suspect that attempted to rob the Chase Bank in Oxon Hill, Maryland to area law enforcement agencies. PGCPD Officer Williams Smith identified the Suspect as Jaquan Deandre Malik ROYAL. Officer Smith reported that he had previously encountered ROYAL while he was employed by the Arlington County Correction Division in the Commonwealth of Virginia. Your Affiant learned through law enforcement databases that ROYAL has previously been arrested in the Commonwealth of Virginia and charged with numerous criminal violations, including but not limited to carjacking, possession of a firearm in the commission of a felony, robbery, malicious shooting, grand larceny, and bank robbery.

Based on available records, ROYAL was most recently in custody of the Arlington County Sheriff's Office. On or about October 1, 2026, custody of Royal was transferred to the State of Maryland in regards to an ongoing criminal matter. On or about October 2, 2026, ROYAL was released from State of Maryland custody on an unsecured personal bond. Detectives learned that on October 9, 2026, ROYAL was placed under the supervision of the State of Maryland's Department of Public Safety and Correctional Services, Division of Parole and Probation. On October 9, 2026, ROYAL reported that his phone number is [redacted], and that he is residing at [redacted] with Witness PF.

29. While the Suspect is wearing a different shirt and jacket in the above described offenses, he appears to be wearing the same face mask, glasses, pants, shoes, and bandage on his right hand. Your Affiant believes that the Suspect in the aforementioned offenses is the same individual based on the similar clothing, the identical note passed, the geographic proximity of the offenses, the time between the offenses, and Witness LH's statements to law enforcement.



*Figure 12: White outline: comparison of mask and glasses; black outline: comparison of bandage and pants; yellow outline: comparison of shoes between footage of the robberies*

30. Additionally, law enforcement records show that ROYAL is a black male, approximately 5'11" in height, and approximately 225 pounds in weight. He has multiple tattoos, including on his neck. A booking photograph taken by the Montgomery County Police Department on October 1, 2026 shows a large tattoo on the front of ROYAL's neck, an unkempt hairstyle, a high hairline, and a dark mark on the top of his forehead.



*Figure 13: ROYAL as of October 1, 2026*

31. Your Affiant noted that the height and weight description of ROYAL is consistent with the Suspect in the above-described offenses. Your Affiant additionally notes that the Suspect has a tattoo on the front of his neck, an unkempt hairstyle, a high hairline, and dark mark on top of his forehead. All of these physical attributes are consistent with that of ROYAL.



*Figure 14: Red outline - mark on forehead and high hairline; green outline - tattoo on neck*

32. On Wednesday, November 14, 2026, PGCPD Detectives assigned to the Fugitive Task Force located and apprehended ROYAL at the Upper Marlboro Courthouse located at 14735 Main Street in Upper Marlboro, Maryland. ROYAL was found to be in possession of two cellular telephones: one (1) black Foxx cellular phone, and one (1) black Apple iPhone.

33. Your Affiant responded to Prince George's County, and together with PGCPD Detective Joshua Malinowki, attempted to interview ROYAL about the above named offenses. ROYAL waived his Miranda Rights, but denied knowledge of any robberies and appeared to lack an understanding of why he was under arrest. During the interview, your Affiant observed that ROYAL's right had had multiple tattoos, but no visible injury. Your Affiant recalled that the Suspect's right had was bandaged during the robberies in both Maryland and Prince George's County. Your Affiant re-examined surveillance footage depicting the Suspect in Witness LH's vehicle after the robbery, and noted that the Suspect did not appear to have a bandage on his right

hand as he passed by the surveillance camera. It did, however, appear that his right hand had tattoos on it. Your Affiant further noted that in the same footage, the Suspect appeared to be wearing a large stud-style earing, and had a beard. The earring appeared to be similar if not identical to a pair being worn by ROYAL at the time of the interview, with similar if not identical facial hair.



*Figure 15: The Suspect's right hand and earring after the robbery in the District of Columbia (left); ROYAL while in PGCPD custody (center and right)*

34. At the time of arrest, ROYAL was wearing a pair of black and silver Adidas sneakers. These shoes appeared to be identical to those worn by the Suspect.




*Figure 16: Shoes worn by the Suspect inside of the Capital One Bank at the time of the robbery (left); ROYAL's shoes at time of arrest (right)*

35. Additionally, located amongst ROYAL’s property was a stack of United States Currency consisting of twenty, ten, five, and one dollar bills. Your Affiant compared the total

number of bills of each denomination located in ROYAL's property against the total number of bills of each denomination believed to have been stolen from the Capital One Bank:

| | Amount believed to have been taken | Amount found in ROYAL's property |
|---|---|---|
| $20 | 64 | 38 |
| $10 | 33 | 15 |
| $5 | 50 | 31 |
| $1 | 35 | 38 |
| Total | $1,895 | $1,103 |

36. The total dollar amount, along with the denominations closely correlated to the amount taken from the Capital One Bank. While the bills were being photographed by a member of PGCPD, your Affiant noted that one of the five-dollar bills appeared to have marker or highlighter on the front of it. It was the only bill your Affiant noted to be immediately unique. Your Affiant contacted security staff at Capital One Bank, and requested assistance in locating footage of the five-dollar bills being counted by Witness YV. Security staff learned that the five-dollar bills were counted by Witness YV approximately five minutes prior to the robbery. Security staff noted one (1) five-dollar bill with what appeared to be marker or highlighter on the face being counted. The footage was provided to your Affiant. The five-dollar bill that was counted by Witness YV approximately five minutes prior to the robbery appeared to be identical to the one recovered from ROYAL after he was arrested in Prince George's County, Maryland.




*Figure 17: Five-dollar bill with marker or highlighter on the front of the bill being counted (top left); photograph taken of Five-dollar bill with marker or highlighter on the front of the bill recovered from ROYAL (bottom right)*

37. Among the items seized as evidence by members of PGCPD were ROYAL's black Foxx cellular phone and black Apple iPhone, ROYAL's shoes, and the US Currency.



*Figure 18: The Suspect while in front of Witness YV (left); ROYAL at the conclusion of the interview (right)*

*Cell Site Data*

38. PGCPD Detective Hoffman applied for, and was granted, a Court-authorized search and seizure warrant in the State of Maryland for cell site data associated with ROYAL's phone number of [redacted]. The data was furnished to Detective Hoffman by the telecommunications company known as AT&T. A preliminary analysis of the data revealed that the device utilizing telephone number of [redacted] was in the vicinity of:

a. The [redacted], consistent in time with that of the Suspect;

b. The [redacted], consistent in time with that of the Suspect;

c. The area of Livingston Road and Livingston Terrace in Oxon Hill, Maryland, consistent in time with that of the Suspect vehicle;

d. The area of Wheeler Road and Iverson Place in Oxon Hill, Maryland, consistent in time with that of the Suspect vehicle;

e. The area of 3306 Curtis Drive in Suitland, Maryland, consistent with the statement provided by Witness LH;

f. The [redacted], consistent in time with that of the Suspect;

g. The 1800 block of Mississippi Avenue Southeast in Washington, DC, consistent in time with that of the Suspect and Suspect vehicle;

h. The 400 to 600 block of Condon Terrace Southeast in Washington, DC, consistent in time with that of the Suspect vehicle and with that of the statement of Witness LH.

39. A full analysis of the data is pending as of this writing.

[redacted]

*Figure 19: Relevant locations referenced in Paragraph 38 above*

*Residential Search Warrant*

40. Detective Hoffman applied for, and was granted, a Court-authorized search and seizure warrant in the State of Maryland relating to evidence located within ROYAL's residence of [redacted]. The warrant was executed on the morning of Thursday, October 22, 2026. ROYAL was located inside of the residence, along with Witness PF, an adult male relative, and two juveniles. Located inside of the residence were multiple articles of clothing identical to the clothing worn by the Suspect during the offenses described above. Witness PF was shown images depicting the Suspect during the offenses, and identified the clothing worn by the Suspect as belonging to Witness PF. The clothing included:

a. a blue hooded sweatshirt with lightning bolt and cybersigilism-style design, similar if not identical to what was worn by the Suspect inside of Truist and Chase Bank;



*Figure 20: Sweatshirt worn by the Suspect inside of the Truist Bank (left); Sweatshirt worn by the Suspect inside of the Chase Bank (center); hooded sweatshirt recovered from* [redacted] *(right)*

b. a pair of distressed dark jeans with multiple holes, similar if not identical to what was worn by the Suspect inside of Truist, Chase Bank, and Capital One Bank;



*Figure 21: Jeans worn by the Suspect inside of the Truist Bank (first image); Jeans worn by the Suspect inside of the Chase Bank (second image); Jeans worn by the Suspect inside of the Capital One Bank (third image); Jeans recovered from* [redacted] *(fourth image)*

c. a tan/light-colored hooded sweatshirt with dark writing and orange heart with devil-motif design and flaming skull on the front of it, similar if not identical to what was worn by the Suspect inside of the Capital One Bank; and




*Figure 22: Sweatshirt worn by the Suspect inside of the Capital One Bank (left); Sweatshirt recovered from* [redacted] *(right)*

d. a black Members Only-brand Rick and Morty jacket, similar if not identical to what was worn by the Suspect inside of the Capital One Bank.




*Figure 23: Back of the jacket worn by the Suspect inside of the Capital One Bank (left top image); back of the jacket recovered from* [redacted] *(right top image); front of jacket worn by the Suspect inside of the Capital One Bank (left bottom image); front of jacket recovered from* [redacted] *(right bottom image)*

41. Pursuant to a Court-authorized search and seizure warrant, ROYAL's finger and palm prints were collected, and he was photographed by a member of PGCPD.

42. Based on the facts described above, your Affiant submits that probable cause exists to charge JAQUAN DEANDRE MALIK ROYAL with violations of 18 U.S.C. § 2113(a) and 18 U.S.C. § 1951.

Yaroslav Babich
Detective, Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 3, 2026.

The Honorable Moxila A. Upadhyaya
United States Magistrate Judge